In the Matter of LOUIS ROTHBARD, an Attorney.— Motion to vacate order of disbarment denied. Motion to reopen hearing for the taking of further proof granted, and matter remitted to Hon. Harrington Putnam, official referee, to take further proof in connection with the charges and to report. While we have heretofore denied a similar motion, upon further consideration, and particularly in view of respondent's claim that there had not been an opportunity to examine and present the testimony given before Mr. Justice Faber, and that he had not obtained the benefit of the testimony before the referee of all the doctors who had been examined before Mr. Justice Faber, we now conclude that a rehearing is advisable. The testimony taken before Mr. Justice Faber, in so far as it may be applicable, will be delivered to the official referee, who is authorized to permit the parties to examine same at such times as he may deem proper. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

ETHEL BERNBACH, an Infant, by MAX BERNBACH, Her Guardian ad Litem, Respondent, v. THEODORE RUNDE, Appellant.— Order denying motion to change place of trial reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that the case is a proper one for a change of venue for the convenience of witnesses, and that the motion should not have been denied. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

DAVID C. BYRNE, Respondent, v. GEORGE V. BULLEN and CORNELIA K. BULLEN, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Tompkins, JJ.

IDA COOPER, as Administratrix, etc., of LOUIS COOPER, Deceased, Appellant, v. ELMER BRUSSEAU and JOSEPH BRUSSEAU, Defendants, and TRANSIT MIX CONCRETE CORPORATION, Respondent.— Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

DURLAND & WESTON SHOE COMPANY, Appellant, v. JAMES F. BIRD, Respondent. — Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice, however, to a new application upon proper papers. The moving papers were clearly insufficient. The original application was not to open the default, but to compel plaintiff to accept defendant's answer. The defendant, evidently, labored under a mistaken impression that the time between the entry of an order, granted upon his application, to compel plaintiff to file security for costs, and compliance therewith, was not to be computed as a part of the time within which his answer was to be served. No reason in fact was given for the default and no facts are stated in support of defendant's claim that he has a meritorious defense, or in support of defendant's alleged counterclaim. (*Rothschild* v. *Haviland*, 172 App. Div. 562; *Metropolitan Hotel Supply Co.* v. *Schwartzman*, 228 id. 821, decided by Appellate Division, Second Department, March 3, 1930.) Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.